

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00063-CV

| | | |
|---|---|---|
| Weatherford Texas Hospital Company, L.L.C. d/b/a Weatherford Regional Medical Center | § | From County Court at Law No. 1 of |
| | § | Parker County (CIV-11-0806) |
| v. | § | January 23, 2014 |
| Katherine F. Smart | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Weatherford Texas Hospital Company, L.L.C. d/b/a Weatherford Regional Medical Center shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By___/s/ Bob McCoy_____
        Justice Bob McCoy